IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA KNOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06 cv 147-MHT |
| | ) |
| DILLARD STORE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF DEBORAH DYNEK

1. My name is Deborah Dynek. I am over the age of nineteen (19) years. I have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. For approximately the last four (4) years, I have been employed by Dillard Store Services, Inc. Dillard Stores Services, Inc. is a wholly owned subsidiary of Construction Developers Incorporated, which, in turn, is a wholly owned subsidiary of Dillard's, Inc.

3. For the entire period of my employment, Dillard Store Services, Inc., like Dillard's, Inc., has been incorporated in the State of Arizona and operated corporate offices in Little Rock, Arkansas.

4. On January 19, 2006, Dillard's, Inc. received a copy of the January 11, 2006 correspondence from Cathy B. Donohoe and the Complaint filed in the Circuit Court of Montgomery, Alabama by Linda Knox. Neither Dillard's, Inc. nor Dillard Store

EXHIBIT
1

Services, Inc. received those documents, a copy of which is attached collectively hereto as Exhibit A, prior to January 19, 2006.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this the 16th day of February, 2006.

_____
Deborah Dynek