IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 17 P 4: 16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| LINDA KNOX, | ) |
| Plaintiff | ) |
| v. | ) CASE NO.: CV 2006 000134 00 |
| | ) 2:06cv147-MHT |
| DILLARD STORE SERVICES, INC.; | ) |
| Defendant. | ) |

## NOTICE TO STATE COURT OF REMOVAL

TO THE CLERK OF THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA; ALL COUNSEL OF RECORD IN THE INSTANT CAUSE:

Pursuant to 28 U.S.C. § 1446(d), please take notice that on the 17th day of February, 2006, the undersigned, as attorneys for defendant Dillard Store Services, Inc. ("Dillards"), filed on Dillards' behalf a Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division (Ex. A), to remove the instant cause from the Circuit Court of Montgomery County, Alabama to said United States District Court for the Middle District of Alabama, Northern Division, as required by law.

_____
Timothy A. Palmer (PAL009)
Gordon L. Blair (BLA101)
Attorneys for Defendant, Dillard Store
    Services, Inc.

**OF COUNSEL:**

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
(205) 328-1900
(205) 328-6000

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the foregoing upon all counsel of record by depositing a copy thereof in the United States Mail, properly addressed and first class postage prepaid, on the 17 day of February, 2006, to the following:

Cathy B. Donohoe
Donohoe & Stapleton, LLC
2781 Zelda Road
Montgomery, Alabama 36106

Melissa A. Rittenour
Circuit Court Clerk
Montgomery Co. Courthouse
P.O. Box 1667
251 S. Lawrence St.
Montgomery, Ala. 36102-1667

OF COUNSEL