IN THE UNITED STATES DISTRICT COURT
ALABAMA MIDDLE DISTRICT

| | |
|---|---|
| LINDA KNOX,<br>  Plaintiff,<br><br>v.<br><br>GAYFER'S MONTGOMERY FAIR<br>CO. d/b/a DILLARD's,<br>Individually and d/b/a/ the<br>corporations and other legal<br>entities designated herein as<br>fictitious parties A, B, and C<br>whose names are otherwise<br>unknown, but will be added<br>hereto by amendment when<br>ascertained.<br>  Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 2:06-CV-147-MHT |

RECEIVED
2006 MAR 28 A 8:02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and files the following Motion To Amend the Complaint to properly name the Defendant and states as follows:

1. The Plaintiff's original complaint improperly named the Defendant as Dillard Store Services, Inc.

2. The proper name for the Defendant is Gayfer's Montgomery Fair Co. d/b/a Dillard's.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully prays that this Honorable Court grant the Motion To Amend Complaint.

Respectfully submitted on this the 27th day, of March, 2006.

_____
CATHY B. DONOHOE (DONO16)
Attorney for the Plaintiff
Donohoe & Stapleton, L.L.C.
2781 Zelda Road
Montgomery, Alabama 36106
334-269-3355

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by First Class United States Mail, on this the 27th day of March, 2006.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Attn.: James C. Pennington, Esquire
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203-2118

_____
Cathy B. Donohoe (DONO16)
DONOHOE & STAPLETON, L.L.C.
2781 Zelda Road
Montgomery, Alabama 36106
334-269-3355