IN THE UNITED STATES DISTRICT COURT
ALABAMA MIDDLE DISTRICT

| | |
|---|---|
| **LINDA KNOX,**<br>  Plaintiff, | )<br>)<br>) |
| v | ) CASE NO.: 2:06-CV-147-MHT<br>)<br>) |
| **GAYFER'S MONTGOMERY FAIR CO., d/b/a DILLARD's,** | )<br>) |

**ORDER**

This cause having come before this Court on the Motion to Amend the Complaint to properly name the Defendant filed by the Plaintiff.

IT IS HEREBY **ORDERED, ADJUDGED, AND DECREED** by the Court that said Motion To Amend the Complaint is GRANTED.

Done this the _____ day of _____, 2006.

_____
DISTRICT JUDGE

James C. Pennington, Esquire
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203-2118

Cathy B. Donohoe, Esquire
2781 Zelda Road
Montgomery, Alabama 36106