IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LINDA KNOX,                         )<br>                                     )<br>    Plaintiff,                      )<br>                                     )<br>    v.                               )<br>                                     )<br>GAYFER'S MONTGOMERY FAIR             )<br>CO. d/b/a DILLARD'S, etc.,           )<br>                                     )<br>    Defendant.                       ) | CIVIL ACTION NO.<br>2:06cv147-MHT |

ORDER

It is ORDERED that the motion to amend complaint (doc. no. 8) is granted. The court assumes that the non-movant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 30th day of March, 2006.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE