IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-147-MHT |
| ) | |
| DILLARD STORE SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiff Linda Knox and defendant Gayfers' Montgomery Fair Co. d/b/a Dillard's and respectfully move this Court for the entry of an order dismissing the Complaint with prejudice. As grounds therefor, the parties submit that this case has been resolved to the satisfaction of all parties.

Respectfully submitted,

_____
Cathy B. Donohoe
Attorney for Plaintiff

**OF COUNSEL:**
Donohoe & Stapleton, LLC
2781 Zelda Road
Montgomery, Alabama 36106

_____
Timothy A. Palmer (PAL009)
Gordon L. Blair (BLA101)
Attorneys for Defendant

**OF COUNSEL:**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203-2118
(205) 328-1900
(205) 328-6000